**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

# CRIMINAL MINUTES - CHANGE OF PLEA

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL D. McDOWELL | Case Number: 26-00452-01-CR-W-SRB<br><br>Date: November 17, 2026 |

Honorable Stephen R. Bough presiding at Kansas City, Missouri

Time commenced: 1:54 p.m. Time terminated: 2:09 p.m.

| Government | Appearances | Defendant |
|---|---|---|
| Kathleen D. Mahoney, AUSA | | Willis Toney |

**PROCEEDINGS:**

Defendant appears and waives his right to indictment and changes his plea from not guilty to guilty to Counts One through Four of the Information.

X Defendant sworn.
X Court questions defendant regarding his physical and mental condition. Defendant advised of right to trial by jury, maximum and minimum terms of incarceration and fine ranges.
X Waiver of Indictment filed.
X Information filed.
X Plea agreement filed.
X Plea is accepted by the Court.
X Court orders Presentence Investigation (PSI).
X Defendant to remain on bond under all conditions previously imposed.

REMARKS: Sentencing is set for April 7, 2027, at 11:00 a.m.

Court Reporter: Gayle Wambolt Tracey D. Peters, Courtroom Deputy